UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

      Plaintiff,               Criminal No. 07-613-02

     v. :

TYSHAUN ST. VALLIER                **O R D E R**

      Defendant. :

It appearing that Defendant, Tyshaun St. Vallier, has made a letter request, letter dated March 5, 2012 [Doc. #150] by way of his former counsel, Ruth Liebesman, requesting that Ruth Liebesman be appointed as CJA counsel to represent him with regard to a Petition for Writ of Habeas Corpus pursuant to 23 U.S.C. § 2255;

It is on this 12th day of January, 2012,

Hereby ORDERED that this request is denied.

                                       S/Susan D. Wigenton
                                       SUSAN D. WIGENTON
                                       United States District Judge