UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : 07-613 (SDW) |
| v. | : |
| TYSHAUN ST. VALLIER, | : |
| Defendant | : |
| | : ORDER |

This matter having come before the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Sandra L. Moser, Assistant U.S. Attorney, appearing), with notice to Michael Paul, Esq. (attorney for defendant Tyshaun St. Vallier),

On this 2nd day of July, 2012, it is ORDERED that the United States shall respond to the defendant's motion for discovery pursuant to ~~Rule~~ 33 on or before July 17, 2012.

_____
HON. SUSAN D. WIGENTON
United States District Judge