```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA        :

       Plaintiff,                            Criminal No. 07-613-02

      v.                           :

TYSHAUN ST. VALLIER                    **O R D E R**

       Defendant.               :

It appearing that defendant having filed a letter request dated September 24, 2012 [Doc. #171] to have his attorney, Michael G. Paul, Esq., be relieved as counsel;

It is on this 15th day of October, 2012,

Hereby ORDERED that the above mentioned letter request is granted. Michael G. Paul, Esq. will be relieved as counsel and defendant Tyshaun St. Vallier shall proceed pro se.

                                           s/Susan D. Wigenton
                                           SUSAN D. WIGENTON
                                           United States District Judge